UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-311-BO-2
5:16-CV-357-BO

| | |
|---|---|
| TIMOTHY ROZELL JACKSON, | |
| Petitioner | ORDER |
| v. | |
| UNITED STATES OF AMERICA, Respondent | |

For good cause shown, upon the motion of Timothy Rozell Jackson, the Order staying the 28 U.S.C. § 2255 motion [DE 61] is hereby lifted.

This 13 day of July, 2017

TERRENCE W. BOYLE
United States District Judge